# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

IN RE:  
Mikel Dale Lawson

Case No: 10-33989  
(Chapter 13)

Debtor

JUDGE LAWRENCE S. WALTER

## MOTION TO DISMISS

The Chapter 13 Trustee moves that this case be dismissed for failure to comply with the Bankruptcy Abuse Prevention and Consumer Protection Act. The Debtor has failed to file the recommended Chapter 13 Plan used in the Southern District of Ohio, Western Division at Dayton.

    /s/ Jeffrey M. Kellner  
Jeffrey M. Kellner #0022205  
Chapter 13 Trustee  
131 N Ludlow St   Suite 900  
Dayton, Oh  45402-1161  
(937) 222-7600  FAX (937) 222-7383  
email: chapter13@dayton13.com

10-33989

## CERTIFICATE OF SERVICE AND 21 DAY NOTICE

NOTICE is hereby given that unless a responsive pleading is filed within 21 days from the date of this service, an order granting this motion may be issued by the Court without further notice or hearing as provided by L.B.R 9013-1(b). If a responsive pleading to this motion is timely filed, then this matter shall be set for hearing.

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

Mikel Dale Lawson
425 Dayton Tower Apt # 7C
Dayton, OH 45410

CARL LUX
4449 EASTON WAY
2ND FLOOR
THEODOTOU & ASSOCIATES
COLUMBUS, OH 37934

Jeffrey M Kellner, Trustee      /s/ Jeffrey M. Kellner      tb

1033989_149_20100622_162438_800/T326_tb
###