**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Lawrence S. Walter
United States Bankruptcy Judge

**Dated: July 12, 2010**

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | |
|---|---|
| *In re:* : | |
| : | Case No. 10-33989 |
| MIKEL DALE LAWSON, : | Chapter 13 |
| : | Judge L. S. Walter |
| *Debtor*. : | |

### ORDER DISMISSING CASE
### FOR FAILURE TO FILE REQUIRED DOCUMENTS

Upon review, the Court finds that the debtor has not complied with the previous order entered in this case requiring the filing of documents. Specifically, the debtor has failed to file the following:

- Credit Briefing Certification
- Form 21 – Statement of Social Security Number
- Chapter 13 Plan

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED.**

**IT IS SO ORDERED.**

Copies to:

All Creditors and Parties in Interest

###