UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:

Mikel Dale Lawson

    Debtor

Case No: 10-33989
(Chapter 13)

JUDGE LAWRENCE S. WALTER

**MOTION OF TRUSTEE TO DISMISS THIS CASE PURSUANT TO 11 U.S.C.§1307(c),
or FOR OTHER APPROPRIATE RELIEF**

The Chapter 13 Trustee moves for the dismissal of this case on the grounds as below indicated; pursuant to 11 U.S.C.§1307(c); or for other appropriate relief.

Debtor Mikel Dale Lawson failed to attend the meeting of creditors scheduled for August 3, 2010 as required by 11 U.S.C.§343.

The debtor(s) failed to commence payments within 30 days after the plan was filed as required by 11 U.S.C.§1326(a)

    /s/ Jeffrey M. Kellner

Jeffrey M. Kellner #0022205
Chapter 13 Trustee
131 N Ludlow St   Suite 900
Dayton, Oh  45402-1161
(937) 222-7600  FAX (937) 222-7383
email: chapter13@dayton13.com

NOTICE is hereby given that unless a responsive pleading is filed within 21 days from the date of this service, an order granting this motion may be issued by the Court without further notice or hearing as provided by L.B.R 9013-1(b). If a responsive pleading to this motion is timely filed, then this matter shall be set for hearing.

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | |
|---|---|
| Mikel Dale Lawson | PAMELA IRENE THEODOTOU |
| 425 Dayton Tower Apt # 7C | Theodotou & Associates |
| Dayton, OH  45410 | 4449 Easton Way, 2nd Floor |
| | Columbus, OH  43219 |

/s/ Jeffrey M. Kellner

1033989_149_20100804_132659_712/T184_vw

###